IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KRISTINA M. DENTON, )
)
    Plaintiff, )
)
v. ) CIVIL ACTION NO. 16-0423-MU
)
NANCY A. BERRYHILL, )
Acting Commissioner of Social )
Security,[1] )
)
    Defendant. )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff Kristina M. Denton benefits be **AFFIRMED**.

**DONE** this the **24th** day of **August, 2017**.

                       s/P. BRADLEY MURRAY
                       **UNITED STATES MAGISTRATE JUDGE**

---

[1] Nancy A. Berryhill became the Acting Commissioner of Social Security on January 23, 2017. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Nancy A. Berryhill is substituted for former Acting Commissioner Carolyn W. Colvin as the defendant in this action.